IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARJORIE HIGGS

VS                    NO. 3:05CV00099 GH

L A DARLING COMPANY

**ORDER**

The Court having been advised that the above cause of action has been settled, it is hereby dismissed with prejudice. If any party desires that the terms of the settlement become a part of the record herein, they should be reduced to writing and filed with the Court within 30 days of this order.

DATED: MARCH 7, 2007

AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK

BY: /s/ Patricia L. Murray
    COURTROOM DEPUTY CLERK